# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-5715 PA (MRWx) | Date | September 23, 2014 |
|---|---|---|---|
| Title | Greenpoint Distributing LLC v. Expomex Corporation et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Julieta Lozano | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    **IN CHAMBERS**

On September 5, 2014, the plaintiff filed a request for entry of default by clerk. Default by clerk was entered on September 22, 2014. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before October 27, 2014. Failure to file said dispositive motion by October 27, 2014, will result in dismissal without further notice by the Court.

                                          :

                        Initials of Preparer    jloz